

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ramiro Velasco Rodriguez DEFENDANT(S). | CASE NUMBER CR-11-900-AHM-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **deft**, IT IS ORDERED that a detention hearing is set for **Detention Hrg**, **9/23/11**, at **11:00** ☒a.m. / ☐p.m. before the Honorable **Ralph Zarefsky**, in Courtroom **341**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **9/19/11**

_____
U.S. District Judge/Magistrate Judge